UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LARRY L. DURRETT, <br><br> Plaintiff, <br><br> v. <br><br> JIMMY BROWN, et al. <br><br> Defendants. | Case No. 1:14-cv-14 <br> Judge Haynes |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on January 27, 2014.

KEITH THROCKMORTON, CLERK

s/ Hannah B. Blaney